Electronically FILED by Superior Court of California, County of Los Angeles on 08/04/2022 01:19 PM Sherri R. Carter, Executive Officer/Clerk of Court, by Y. Tarasyuk, Deputy Clerk

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Serena Murillo

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| MASOUD MASJEDI, Attorney at Law [SBN 183715]<br>Law Offices of MASOUD MASJEDI<br>1901 Avenue of the Stars; Suite 1900<br>Los Angeles, California 90067<br>TELEPHONE NO: (323) 929-4414  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): masoudvakil@yahoo.com<br>ATTORNEY FOR (Name): Plaintiff, SHADI YADEGAR | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central -- Mosk Courthouse

PLAINTIFF: Shadi Yadegar, an individual
DEFENDANT: Steven Joseph Foose, an individual [Additional 3 Defendants: Attachment One]

[x] DOES 1 TO 25

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):

Type (check all that apply):
[x] MOTOR VEHICLE    [ ] OTHER (specify):
[ ] Property Damage    [ ] Wrongful Death
[x] Personal Injury    [ ] Other Damages (specify):

CASE NUMBER: 22STCV25249

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
Amount demanded  [ ] does not exceed $10,000
                 [ ] exceeds $10,000, but does not exceed $25,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

1. Plaintiff (name or names): SHADI YADEGAR
   alleges causes of action against defendant (name or names):
   Steven Joseph Foose; and, United States Department of the Navy; and, United States of America; and, Yosef Percia
2. This pleading, including attachments and exhibits, consists of the following number of pages: SIX
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor    [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor    [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):
   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425 12
www.courts.ca.gov

PLD-PI-001

| SHORT TITLE: SHADI YADEGAR vs. STEVEN JOSEPH FOOSE; et. al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): U.S. Deptartment of the Navy
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe):
         Branch or Department of United States military
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☒ except defendant (name): United States of America
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe):
         Federal Government entity
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 throug 12 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 13 through 25 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☒ Plaintiff is required to comply with a claims statute, and
   a. ☒ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: SHADI YADEGAR vs. STEVEN JOSEPH FOOSE; et. al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

a. [x] Motor Vehicle
b. [x] General Negligence
c. [ ] Intentional Tort
d. [ ] Products Liability
e. [ ] Premises Liability
f. [ ] Other *(specify):*

11. Plaintiff has suffered

a. [x] wage loss
b. [ ] loss of use of property
c. [x] hospital and medical expenses
d. [x] general damage
e. [ ] property damage
f. [x] loss of earning capacity
g. [x] other damage *(specify):* Future Medical Expenses

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [x] compensatory damages
      (2) [ ] punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) [x] according to proof
      (2) [ ] in the amount of: $

15. [x] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):* Paragraph 6

Date: August 4, 2022

MASOUD MASJEDI
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

PLD-PI-001(1)

| SHORT TITLE: Shadi Yadegar vs. Steven Joseph Foose; et. al. | CASE NUMBER: |
|---|---|

FIRST _____ CAUSE OF ACTION—Motor Vehicle
        (number)

ATTACHMENT TO  [x] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Shadi Yadegar

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred

on *(date):* August 16, 2020

at *(place):*

Interstate 405 Freeway Northbound, proximity of Sunset Blvd.; City of Los Angeles; County of Los Angeles

MV- 2. DEFENDANTS

a. [x] The defendants who operated a motor vehicle are *(names):*
   Steven Joseph Foose;
   Yosef Percia    [separate motor vehicles]

   [x] Does _____ to _____

b. [x] The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names):*
   United States Department of the Navy; and United States of America [Defendant-operator Steven Joseph Foose]

   [x] Does 1 to 5

c. [x] The defendants who owned the motor vehicle which was operated with their permission are *(names):*
   United States Department of the Navy; and United States of America [Defendant-operator Steven Joseph Foose]

   [x] Does 6 to 9

d. [x] The defendants who entrusted the motor vehicle are *(names):*
   United States Department of the Navy; and United States of America [Defendant-operator Steven Joseph Foose]

   [x] Does 10 to 12

e. [x] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
   Steven Joseph Foose for United States Department of the Navy; and United States of America

   [x] Does 1 to 12

f. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
   [ ] listed in Attachment MV-2f  [ ] as follows:

   [x] Does _____ to _____

Page 4

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

CAUSE OF ACTION—Motor Vehicle

Code of Civil Procedure 425.12
www.courts.ca.gov

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Shadi Yadegar vs. Steven Joseph Foose; et. al. | |

SECOND _(number)_    **CAUSE OF ACTION—General Negligence**    Page 5

ATTACHMENT TO  [x] Complaint    [ ] Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

GN-1. Plaintiff _(name)_: Shadi Yadegar

alleges that defendant _(name)_: Steven J. Foose; U. S. Department of the Navy; U.S.A.; and, Yosef Percia

[x] Does    1    to    25

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on _(date)_: August 16, 2020

at _(place)_: Interstate 405 Freeway Northbound, proximity of Sunset Blvd.; City of Los Angeles; County of Los Angeles

_(description of reasons for liability)_:

\* Defendants, and each of them, owned, operated, hired for operation, drove, leased, directed, retained, employed, maneuvered, benefited from and/or managed, a motor vehicle upon a public roadway, in a careless, negligent and hazardous manner; and far below the standard of care for such operation by a reasonable and prudent person.   As a proximate cause of Defendants', and each of their, negligent conduct and omissions, Plaintiff sustained personal injures, losses and damages.

ADDITIONALLY AND SEPARATELY:

\*\* Defendants, Steven Joseph Foose; United States Department of the Navy; and, United States of America; and each of them, owned, operated, hired for operation, drove, leased, directed, retained, employed, maneuvered, benefited from and/or managed, a motor vehicle upon a public roadway, and in a manner that was in violation of California Vehicle Code Section 22107.    As a proximate cause of said Defendants', and each of their, statutory violation and related omissions, Plaintiff sustained personal injures, losses and damages.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courts.ca.gov

MC-025

| SHORT TITLE: Shadi Yadegar vs. Steven Joseph Foose; et. al. | CASE NUMBER: |
|---|---|

**ATTACHMENT** (Number): ONE

(This Attachment may be used with any Judicial Council form.)

Attachment to Page 1 of Complaint. Names of Additional Defendants:

United States Department of the Navy, a branch or unit of the United States of America military;
United States of America, a Federal government entity;
Yosef Percia, an individual.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 6 of 6

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov