JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADI YADEGAR,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-01128-MWF (RAOx)<br><br>**JUDGMENT AFTER TRIAL** |

Pursuant to the Court's Findings of Fact and Conclusions of Law (Docket No. 85), and pursuant to Rules 54(a) and 58 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment be entered as follows:

1. Judgement is entered in favor of Defendant United States of America, and Plaintiff Shadi Yadegar shall take nothing by her Complaint.
2. Costs are awarded to the United States of America as provided by law.

Dated:  January 13, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge